UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP HAROLD BATES,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant,
_____/

Case No. 1:15-CV-0739

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further factual proceedings under sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner should re-evaluate Plaintiff's credibility and, if Plaintiff is found not to be credible, provide reasons why this is so.

Dated: September 6, 2016

      /s/ Paul L. Maloney
      Paul L. Maloney
      United States District Judge